United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

JUL - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV 10 80086 MISC VRW

James Michael Rhine,                              ORDER

    State Bar No 077882

_____/

On April 19, 2010, the court issued an order to show
cause (OSC) why James Michael Rhine should not be removed from the
roll of attorneys authorized to practice law before this court,
based upon his enrollment as an inactive member of the State Bar of
California pursuant to Section 6007 of the Business and Professions
Code, effective March 8, 2010.

The OSC was mailed to Mr Rhine's address of record with
the State Bar on April 20, 2010.  A written response was due on or
before May 31, 2010.  No response to the OSC has been filed as of
this date.

The court now orders James Michael Rhine removed from the
roll of attorneys authorized to practice before this court.  The
clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN THE MATTER OF

James Michael Rhine

Case Number: C10-80086 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Michael Rhine
851 Santa Dorotea Cir
Rohnert Park, CA 94928


Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*